IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARCO DI GIUSTINO,<br><br>Plaintiff,<br><br>vs.<br><br>SMARTECART COMPANY, INC.;<br>JEFF CHEN, Manager; CARL<br>ZUETERMEISTER, Assistant<br>Manger; JEFF CHAN, Assistant<br>General Manager; JOHN DOES 1-5,<br><br>Defendants. | CIV NO. 16-00192 LEK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 20, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's Motion For Default Judgment", ECF NO. [63] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 9, 2018.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MARCO DI GIUSTINO VS. SMARTECART COMPANY, INC., ET AL; CIVIL 16-00192 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**